**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ROBERT E. WEBBER | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:11-cv-00920-HHK |
| | ) | |
| ACADEMY FOR EDUCATIONAL | ) | Judge Henry H. Kennedy |
| DEVELOPMENT | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Academy for Educational Development ("AED"), by its attorneys,

hereby requests that the Court extend until July 18, 2011 its time to answer or otherwise respond

to the Complaint that Plaintiff Robert E. Webber filed with the Court on May 17, 2011 and

served on AED on June 7, 2011.  Plaintiff has consented to this extension.  A proposed Order is

attached.

Dated:   June 24, 2011

Respectfully submitted,

**CROWELL & MORING LLP**

*/s/Glenn D. Grant*
Glenn D. Grant (D.C. Bar 437324)
Email:  ggrant@crowell.com
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
(202) 624-2852

Mark R. Troy
Email:  mtroy@crowell.com
Mana E. Lombardo
Email:  mlombardo@crowell.com
515 South Flowers Street, 40th Floor
Los Angeles, California 90071
(213) 622-4750

Counsel for Defendant Academy for
Educational Development

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ROBERT E. WEBBER | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:11-cv-00920-HHK |
| | ) | |
| ACADEMY FOR EDUCATIONAL | ) | Judge Henry H. Kennedy |
| DEVELOPMENT | ) | |
| | ) | |
| Defendant | ) | |

**ORDER**

Upon consideration of Defendant's Consent Motion for an Extension of Time for

Defendant to Answer or Otherwise Respond to Plaintiff's Complaint and the entire record herein,

it is this _____ day of _____, 2011

ORDERED that the Motion is GRANTED and that Defendant Academy for

Education Development shall have until and including July 18, 2011 to answer or otherwise

respond to the Complaint.

It is so Ordered.

_____
Date

_____
United States District Judge

## CERTIFICATION OF SERVICE

I hereby certify that I am an attorney for Defendant Academy for Educational Development, and that on June 24, 2011, I caused a copy of the foregoing Consent Motion for an Extension of Time for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint to be filed with this Court and served on Plaintiff's counsel below electronically via the Court's ECF system:

Michael A. Schlanger
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004

Robert P. Haney, Jr.
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1405

Geoffrey J. Vitt
Elizabeth K. Rattigan
VITT & RATTIGAN, PLC
8 Beaver Meadow Road
P.O. Box 1229
Norwich, VT  05055

/s/  *Glenn D. Grant*