# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT E. WEBBER | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:11-cv-00920-HHK |
| | ) | |
| ACADEMY FOR EDUCATIONAL | ) | Judge Henry H. Kennedy |
| DEVELOPMENT | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

Upon consideration of Defendant Academy for Educational Development's Motion to Dismiss, its Memorandum in Support of the Motion to Dismiss, and Order, and the entire record herein, it is this _____ day of _____, 2011

ORDERED that the Motion is GRANTED and that Plaintiff Robert E. Webber's complaint for damages under the whistleblower provisions of the False Claims Act, 31 U.S.C. § 3730(h), is dismissed with prejudice.

It is so Ordered.

_____
Date

_____
United States District Judge