IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT E. WEBBER | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:11-cv-00920-HHK |
| | ) | |
| ACADEMY FOR EDUCATIONAL DEVELOPMENT | ) | Judge Henry H. Kennedy |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF DISCLOSURE**
**OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Pursuant to Local Rule 7.1. of the Local Rules of the United States District Court for the District of Columbia, I, the undersigned counsel of record for Defendant Academy for Educational Development ("AED"), certify that to the best of my knowledge and belief, that AED does not have any parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public.

Dated:  July 18, 2011

Respectfully submitted,

**CROWELL & MORING LLP**

*/s/Glenn D. Grant*
Glenn D. Grant (D.C. Bar 437324)
Email:  ggrant@crowell.com
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
(202) 624-2852

Mark R. Troy
Email:  mtroy@crowell.com
Mana E. Lombardo
Email:  mlombardo@crowell.com
515 South Flower Street, 40th Floor
Los Angeles, California 90071
(213) 622-4750

Counsel for Defendant Academy for Educational Development

## CERTIFICATION OF SERVICE

I hereby certify that I am an attorney for Defendant Academy for Educational Development, and that on July 18, 2011, I caused a copy of the foregoing Certificate of Disclosure of Corporate Affiliations and Financial Interests to be filed with this Court and served on Plaintiff's counsel below electronically via the Court's ECF system:

Michael A. Schlanger
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004

Robert P. Haney, Jr.
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1405

Geoffrey J. Vitt
Elizabeth K. Rattigan
VITT & RATTIGAN, PLC
8 Beaver Meadow Road
P.O. Box 1229
Norwich, VT  05055

/s/  Glenn D. Grant